FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00066-CR
### NO. 02-18-00067-CR
### NO. 02-18-00068-CR
### NO. 02-18-00069-CR

KELLY RODDY                                                                APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

-----------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 1496170D, 1496171D, 1496173D, 1496175D

-----------

## ORDER

-----------

We have received appellant's request. Appellant's attorney has filed in this court a motion to withdraw as appellant's court-appointed attorney in the above entitled and numbered causes. Appellant's attorney has also filed a brief in support of that motion. Appellant, after having been notified of this fact, now requests to examine the record for the purpose of preparing a pro se response to the *Anders* brief.

2

Appellant's request is **GRANTED**. The trial court clerk is ordered to make the record available to appellant by **Monday, June 4, 2018**. The trial court clerk shall also provide written notification to the court of appeals by **Monday, June 4, 2018**, that the record has been made available to appellant.

The clerk of the court is directed to transmit a copy of this order to the appellant, the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED May 23, 2018.

PER CURIAM